**IN RE: Rohit JAWA, Petitioner.**

No. 17-1808

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 28, 2017

Rohit Jawa, Petitioner Pro Se.

* The parties consented to a final disposition by the magistrate judge pursuant to 28 U.S.C.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rohit Jawa petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several motions filed in his criminal case. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*